By the Court: It is so ordered.

All the Justices concurring.

----

ED. M. MOSS v. H. E. PATTERSON.—No. 5090.

OFFICE — *Trying Title* — *Costs*.  In *quo warranto* proceedings to try title to office, the relator, having a right to bring the action, and having been the successful party in an election contest suit between the same parties, is entitled to a judgment for costs.

*Original Proceeding in Quo Warranto.*

THE facts sufficiently appear in *Moss v. Patterson*, supra.

*H. C. Finch, W. S. Cade*, and *Hatton & Ruggles*, for plaintiff.

*Shepard, Grove & Shepard*, and *S. S. Sisson*, for defendant.

*Per Curiam:* This case was submitted at the same time with the case of *Moss v. Patterson*, just decided, with the understanding that costs alone were to be adjudged against the party liable therefor.

This was an original action in *quo warranto*, the other case between the same parties being on error from a contest court. We think Patterson had a right to institute the action, and the contest case being decided in his favor, he is entitled to a judgment for costs of this action against Moss.

It is therefore considered and adjudged that the said H. E. Patterson have and recover as against the said E. M. Moss the costs of this action, taxed at —— dollars; and that execution issue therefor.